**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

Trustee's Final Report

In Re:    BARBARA L. WELLS                                    Case Number: 06-70786
          628 KISHWAUKEE STREET           SSN-xxx-xx-1052
          ROCKFORD, IL  61104

                                                       Case filed on:      5/8/2006
                                                       Plan Confirmed on:  9/15/2006
                          C Converted to Chapter 7

Total funds received and disbursed pursuant to the plan: $1,800.00       Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
|  | Total Legal | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| 999 | BARBARA L. WELLS | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | FITORE SADIKU | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | MARTY BARKER | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | ALLIED INTERSTATE, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | AMERICAN HEARING LABS | 2,415.00 | 2,415.00 | 94.90 | 0.00 |
| 003 | ECAST SETTLEMENT CORPORATION | 2,910.96 | 2,910.96 | 114.38 | 0.00 |
| 004 | COMMONWEALTH EDISON COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | CREDIT UNION 1 | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | NICOR GAS | 2,960.34 | 2,960.34 | 116.33 | 0.00 |
| 007 | SEARS GOLD MASTERCARD | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | CAPITAL ONE | 1,230.49 | 1,230.49 | 48.35 | 0.00 |
| 011 | ECAST SETTLEMENT CORPORATION | 2,908.40 | 2,908.40 | 114.29 | 0.00 |
|  | Total Unsecured | 12,425.19 | 12,425.19 | 488.25 | 0.00 |
|  | Grand Total: | 13,625.19 | 13,625.19 | 1,688.25 | 0.00 |

Total Paid Claimant:      $1,688.25
Trustee Allowance:        $111.75            Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:       3.93           discharging the trustee and the trustee's surety from any and all
                                             liablility on account of the within proceedings, and closing the estate,
                                             and for such other relief as is just.  Pursuant to FRBP, I hereby
                                             certify that the subject case has been fully administered.

        Report Dated:

                                                     /s/ Lydia S. Meyer
                                                    Lydia S. Meyer, Trustee


This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 08/28/2008            By   /s/Heather M. Fagan